The People of the State of New York, Respondent, v Stanley A. Brown, Appellant.

Submitted May 19, 2014; decided July 1, 2014

Motion for leave to appeal granted. Motion for poor person relief granted.

Hugh Reyes, Appellant, v Brinks Global Services USA, Inc., et al., Respondents.

Submitted May 27, 2014; decided July 1, 2014

Motion for reargument of motion for leave to appeal denied [*see* 22 NY3d 866 (2014)].

In the Matter of State of New York, Respondent, v Jody J.T., Appellant.

Submitted May 27, 2014; decided July 1, 2014

Motion for leave to appeal dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain it.

Utica Mutual Insurance Company, as Subrogee of Ferro Enterprises NY LLC, Respondent, v James McCorvey, Jr., Appellant.

Submitted June 2, 2014; decided July 1, 2014

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.